RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Paul T. Coomes, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-190-PAL-PAL |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE THE REVOCATION HEARING** |
| vs. | (First Request) |
| PAUL T. COOMES, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for PAUL T. COOMES, JR., that the revocation hearing scheduled on Tuesday, September 24, 2013 at 1:45 p.m., be vacated and be continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The defendant is out of custody on TAD monitoring and does not oppose.

2. Both counsel for the Defendant and counsel for the Government are scheduled to appear for the status check calendar before Judge Ferenbach at the time and date that this matter is currently scheduled.

3. The parties need additional time to resolve this matter.

/ / /

4. This is the first request for a continuance of the revocation hearing.

Dated this 23rd day of September, 2013.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender<br>Counsel for Paul T. Coomes, Jr. | By: */s/ Nadia Janjua Ahmed*<br>NADIA JANJUA AHMED<br>Assistant United States Attorney<br>Counsel for Plaintiff |

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL T. COOMES, JR.,<br><br>Defendant. | Case No.: 2:11-cr-190-PAL-PAL<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for Tuesday, September 24, 2013 at 1:45 p.m, be vacated and continued to  Tues, Oct 01, 2013  at the hour of 11:00am in Courtroom #3B.

DATED this 45tf day of September, 2013.

_[signature]_
UNITED STATES O CI KUVTCVG JUDGE

3